**No. 11-482. Juan Carlos Valdez-Bernal, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1178, 132 S. Ct. 1142, 181 L. Ed. 2d 1017, 2012 U.S. LEXIS 1050.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 432 Fed. Appx. 704.